Harold L. Larsen, appellee, v. Western Plumbing Supply Company, appellant.   Gen. No. 34,623.

638

Opinion filed June 15, 1931.
John E. Owens, for appellant; Clyde C. Fisher, of counsel. Kamfner & Halligan, for appellee; Arthur J. Goldberg, of counsel.
Mr. Justice Hebel delivered the opinion of the court.